**MILLER SHAH LLP**
James C. Shah
2 Hudson Place, Suite 100
Hoboken, NJ 07030
Tel: (860) 545-5505
Fax: (860) 300-7367
Email: jcshah@millershah.com

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
Zach Chrzan (SBN 329159)
zchrzan@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REGAN IGLESIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOOTSIE ROLL INDUSTRIES, LLC, an Illinois company,<br><br>Defendant. | Case No. 3:20-cv-18751-AET-TJB<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(i))** |

Plaintiff, Regan Iglesia, by counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this voluntary dismissal without prejudice.

DATED: November 17, 2021                    **MILLER SHAH LLP**

                                             /s/ James C. Shah
                                             James C. Shah
                                             2 Hudson Place, Suite 100
                                             Hoboken, NJ 07030
                                             Tel: (860) 545-5505
                                             Fax: (860) 300-7367
                                             Email: jcshah@millershah.com

It is so ordered this 18th day of November, 2021

Anne E. Thompson, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/James C. Shah